UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHELDON AVERY THOMAS,

    Defendant.
_____/

Case:2:22-cr-20365
Judge: Drain, Gershwin A.
MJ: Grand, David R.
Filed: 07-13-2022 At 04:24 PM
INDI USA V. THOMAS (NA)

Violations:
18 U.S.C. § 922(a)(6)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**False Statement in the Acquisition of a Firearm**
**18 USC § 922(a)(6)**

Between May 29, 2022 and June 7, 2022, in the Eastern District of Michigan, in connection with the acquisition of a firearm, a Century Arms Draco pistol, from Action Impact, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, the defendant SHELDON AVERY THOMAS knowingly made a false and fictitious written statement to Action Impact, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm under chapter 44 of Title

1

18, in that THOMAS falsely and fictitiously represented that he was the actual purchaser of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**FORFEITURE ALLEGATIONS**
**(18 U.S.C. §§ 924, 981(a)(1)(C); 21 U.S.C. § 853;**
**28 U.S.C. § 2461(c))**

1. The allegations contained in Count One of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 924 and 981(a)(1)(C).

2. As a result of the foregoing violations charged in Count One of this Indictment, the defendant SHELDON AVERY THOMAS shall, upon conviction, forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28 United States Code, Section 2461(c), any firearm, ammunition, or body armor involved in said offense(s).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
UNITED STATES ATTORNEY

*s/ Craig F. Wininger*
_____
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit

*s/ Barbara Lanning*
_____
BARBARA LANNING
Assistant United States Attorney

Dated: July 13, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:22-cr-20365<br>Judge: Drain, Gershwin A.<br>MJ: Grand, David R.<br>Filed: 07-13-2022 At 04:24 PM<br>INDI USA V. THOMAS (NA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this [form to complete]...

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)¹**: | |
| ☐ Yes ☑ No | AUSA's Initials: _BxL_ |

Case Title: <u>USA v. Sheldon Avery Thomas</u>

County where offense occurred: <u>Macomb</u>

Offense Type: <u>Felony</u>

Indictment -- prior complaint **[Case No. 22-mj-30304]**

**Superseding Case Information**

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

July 13, 2022
Date

Barbara Lanning
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Barbara.lanning@usdoj.gov
(313) 226-9103
Bar #: P79186

---

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.