# INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 1 | Thomas and Davis Texts 7.14.21 |
| 2 | 4473 Form—Smith and Wesson |
| 3 | Thomas and Davis Texts 8.7.21 |
| 4 | Thomas and Davis Texts 2.13.22 through 2.18.22 |
| 5 | 4473 Form Glock 19 Gen 5 |
| 6 | Action Impact Video from 5.29.22 |
| 7 | 4473 Form Glock 22 and Draco |
| 8 | Thomas and Davis Texts 6.2.22 through 6.11.22 |
| 9 | Eastpointe Case Report |
| 10 | Action Impact and White Castle Video from 6.7.22 |
| 11 | Thomas and LD Texts 1.26.22 |
| 12 | Thomas and SD Texts 5.25.22 |
| 13 | Detention Hearing Transcript Thomas |

*Exhibit 6 and 10 Filed in Traditional Manner