UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHELDON AVERY THOMAS,

        Defendant.
_____/

Case No.: 22-cr-20365

Honorable Gershwin A. Drain

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Thomas and Davis Texts 6/02/22-6/11/22 |
| 2 | 4473 Form Smith and Wesson 4/30/20 |
| 3 | Thomas and Davis Texts 8/07/21 |
| 4 | Thomas and Davis Texts 2/13/22-2/18/22 |
| 5 | 4473 Form Glock 19 Gen 5 2/13/22 |
| 6 | Action Impact Video 5/29/22 |
| 7 | 4473 Form Glock 22 and Draco 5/29/22 |
| 8 | Eastpointe Case Report |
| 9 | Thomas Video 6/07/22 |
| 10 | Thomas and LD Texts 1/26/22 |

| | |
|---|---|
| 11 | Thomas and SD Texts 5/25/22 |
| 12 | Article: "Killing of Detroit Police Officer Haunts Joy Road Neighborhood" |