















From: + [redacted] Monie
To: + [redacted] (owner)
To: + [redacted] (owner)

**My boy**
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] | | 6/7/2022 12:25:16 PM(UTC-4) | |

Status: Read
Platform:

6/7/2022 10:30:18 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2CCAC8 (Table: message, handle, chat, Size: 4378624 bytes)



From: + [redacted] Monie
To: + [redacted] (owner)
To: + [redacted] (owner)

**5865859510**
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] | | 6/7/2022 12:25:16 PM(UTC-4) | |

Status: Read
Platform:

6/7/2022 12:24:58 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2CDF83 (Table: message, handle, chat, Size: 4378624 bytes)



From: + [redacted] Monie
To: + [redacted] (owner)
To: + [redacted] (owner)

**Yo**
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] | | 6/7/2022 1:51:39 PM(UTC-4) | |

Status: Read
Platform:

6/7/2022 1:36:06 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2CE284 (Table: message, handle, chat, Size: 4378624 bytes)



















From: +
To: + (owner)
To: + (owner)
Attachments:

Title: MG_0586.jpeg
Size: 148460
File name: ~/Library/SMS/Attachments/da/10/173EF7FE-F951-40B4-B2AC-FC3C41494E5D/ MG_0586.jpeg
~/Library/SMS/Attachments/da/10/173EF7FE-F951-40B4-B2AC-FC3C41494E5D/IMG_0586.jpeg

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + | | 6/7/2022 4:17:00 PM(UTC-4) | |
| + | | | |

Status: Read
Platform:

6/7/2022 4:06:33 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2D094F (Table: message, handle, attachment, chat, Size: 4378624 bytes)
iPhone/mobile/Library/SMS/Attachments/da/10/173EF7FE-F951-40B4-B2AC-FC3C41494E5D/ MG_0586.jpeg :



From: _____ Monie
To: + (owner)
To: + (owner)

I'm at the bustop right by White Castle

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + | | | |
| + | | 6/7/2022 4:38:04 PM(UTC-4) | |

Status: Read
Platform:

6/7/2022 4:37:16 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2D06DE (Table: message, handle, chat, Size: 4378624 bytes)







From: + [redacted] Monie
To: + [redacted] (owner)
To: + [redacted] (owner)

**This the only spot to sit down bro**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] | | 6/7/2022 4:39:06 PM(UTC-4) | |
| + [redacted] | | | |

Status: Read
Platform:

6/7/2022 4:39:00 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2D1B27 (Table: message, handle, chat, Size: 4378624 bytes)

From: + [redacted] Monie
To: + [redacted] (owner)
To: + [redacted] (owner)

**We gotta post up right here anywhere else hot**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] | | 6/7/2022 4:39:10 PM(UTC-4) | |
| + [redacted] | | | |

Status: Read
Platform:

6/7/2022 4:39:10 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2D18FE (Table: message, handle, chat, Size: 4378624 bytes)

From: + [redacted] Monie
To: + [redacted] (owner)
To: + [redacted] (owner)

**It's at the end of place we splited at**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] | | 6/7/2022 4:39:28 PM(UTC-4) | |
| + [redacted] | | | |

Status: Read
Platform:

6/7/2022 4:39:28 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2D16C1 (Table: message, handle, chat, Size: 4378624 bytes)



























