







Message from Monie: "Damn near. But if u can't make a bargain wit em ima get something else"
Sent 8/7/2021 1:08:45 PM(UTC-4); Read 8/7/2021 1:09:05 PM(UTC-4)
Status: Read
Source Info: iPhone/mobile/Library/SMS/sms.db : 0x1C6255



Message from _$!<Other>!$_ to Monie: "Like what send me a picture the price I need details ion wanna have to walk out to ask it'll make us look suspicious"
Sent 8/7/2021 1:09:47 PM(UTC-4); Delivered 8/7/2021 1:09:56 PM(UTC-4); Read 8/7/2021 1:12:16 PM(UTC-4)
Status: Sent
Source Info: iPhone/mobile/Library/SMS/sms.db : 0x1C7F85



Message from Monie: "Ima go in first trust me we gone play it smooth"
Sent 8/7/2021 1:12:26 PM(UTC-4); Read 8/7/2021 1:17:02 PM(UTC-4)
Status: Read
Source Info: iPhone/mobile/Library/SMS/sms.db : 0x1C7C89



Play it cool



Not smooth



















**From:** + ▇▇▇ Monie
**To:** + ▇▇▇ (owner)
**To:** + ▇▇▇ _$!<Other>!$_ (owner)

U got cashapp?
**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▇▇▇ _$!<Other>!$_ | | 8/7/2021 4:09:38 PM(UTC-4) | |

**Status:** Read
**Platform:**

8/7/2021 4:09:36 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x1C9B70 (Table: message, handle, chat, Size: 4378624 bytes)

10

























14