

From: ▉▉▉ Monie
To: +▉▉▉ (owner)
To: +▉▉▉ _$!<Other>!$_ (owner)

**Bet bro I gotta do dis sht today niggas had slid through yesterday but it was the wrong house**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▉▉▉ | | | |
| +▉▉▉ _$!<Other>!$_ | | 2/13/2022 1:34:54 PM(UTC-5) | |

Status: Read
Platform:

2/13/2022 1:34:47 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26AF83 (Table: message, handle, chat, Size: 4378624 bytes)



From: ▉▉▉ Monie
To: +▉▉▉ (owner)
To: +▉▉▉ _$!<Other>!$_ (owner)

**I got the money on me right now**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▉▉▉ | | | |
| +▉▉▉ _> | | 2/13/2022 1:35:24 PM(UTC-5) | |

Status: Read
Platform:

2/13/2022 1:35:24 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26A62F (Table: message, handle, chat, Size: 4378624 bytes)



From: ▉▉▉ _$!<Other>!$_ (owner)
To: +▉▉▉ onie
To: +▉▉▉ (owner)

**The money for the stick?**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▉▉▉ Monie | 2/13/2022 1:35:40 PM(UTC-5) | 2/13/2022 1:35:42 PM(UTC-5) | |
| +▉▉▉ | | | |

Status: Sent
Platform:

2/13/2022 1:35:39 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26A40E (Table: message, chat, handle, Size: 4378624 bytes)

**GOVERNMENT EXHIBIT**
**4**



From: ▉ Monie
To: ▉ _$!<Other>!$_ (owner)
To: ▉ (owner)

Yea and I'll throw u some extra just for looking out for me

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉ _$!<Other>!$_ | | 2/13/2022 1:36:10 PM(UTC-5) | |
| ▉ | | | |

Status: Read
Platform:

2/13/2022 1:36:04 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26BF83 (Table: message, handle, chat, Size: 4378624 bytes)



From: ▉ _$!<Other>!$_ (owner)
To: ▉ (owner)
To: ▉ Monie

Cool when u wanna spin

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉ | | | |
| ▉ Monie | 2/13/2022 1:36:39 PM(UTC-5) | 2/13/2022 1:37:15 PM(UTC-5) | |

Status: Sent
Platform:

2/13/2022 1:36:38 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26BD25 (Table: message, chat, handle, Size: 4378624 bytes)

From: ▉ Monie
To: ▉ _$!<Other>!$_ (owner)
To: ▉ (owner)

In like 15 mins I'm on the east too rn

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉ _$!<Other>!$_ | | 2/13/2022 1:40:56 PM(UTC-5) | |
| ▉ | | | |

Status: Read
Platform:

2/13/2022 1:37:35 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26BAE5 (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26B8B0 (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26B6A7 (Table: message, chat, handle, Size: 4378624 bytes)



From: ▮ Monie
To: +▮ _$!<Other>!$_ (owner)
To: +▮ (owner)

**Bet text me soon as u get ready bro**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| _$!<Other>!$_ | | 2/13/202 2 1:47:21 PM(UTC -5) | |
| +▮ | | | |

Status: Read
Platform:

2/13/2022 1:41:32 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26B43D (Table: message, handle, chat, Size: 4378624 bytes)



From: ▮ _$!<Other>!$_ (owner)
To: +▮ monie
To: +▮ (owner)

**Alr bet**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮ Monie | 2/13/2022 1:47:31 PM(UTC-5) | | |
| +▮ | | | |

Status: Sent
Platform:

2/13/2022 1:47:30 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms db : 0x26B21C (Table: message, chat, handle, Size: 4378624 bytes)



From: +▮ _$!<Other>!$_ (owner)
To: +▮ wner)
To: +▮ Monie

**Send me the stick u want and the beans u want with it**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮ Monie | 2/13/2022 1:49:12 PM(UTC-5) | 2/13/2022 1:49:33 PM(UTC-5) | |

Status: Sent
Platform:

2/13/2022 1:49:11 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26CF85 (Table: message, chat, handle, Size: 4378624 bytes)



From: [redacted] Monie
To: [redacted] (owner)
To: [redacted] _$!<Other>!$_ (owner)

**I already talked to the people he said he has it in stock**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] _$!<Other>!$_ | | 2/13/2022 1:50:08 PM(UTC-5) | |

Status: Read
Platform:

2/13/2022 1:50:08 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26CD09 (Table: message, handle, chat, Size: 4378624 bytes)



From: [redacted] _$!<Other>!$_ (owner)
To: [redacted] (owner)
To: [redacted] Monie

**Alr bet**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Monie | 2/13/2022 1:50:26 PM(UTC-5) | | |

Status: Sent
Platform:

2/13/2022 1:50:26 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26CABB (Table: message, chat, handle, Size: 4378624 bytes)



From: [redacted] _$!<Other>!$_ (owner)
To: [redacted] monie
To: [redacted] (owner)

**The beans hallow**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Monie | 2/13/2022 1:51:05 PM(UTC-5) | 2/13/2022 1:51:11 PM(UTC-5) | |
| [redacted] | | | |

Status: Sent
Platform:

2/13/2022 1:51:04 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26C89B (Table: message, chat, handle, Size: 4378624 bytes)



From: ▪ ▪▪▪ Monie
To: + ▪▪▪▪▪ (owner)
To: + ▪▪▪▪▪ _$!<Other>!$_ (owner)

Yea

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▪▪▪▪▪ | | | |
| + ▪▪▪▪▪ | | | |
| _$!<Other>!$_ | | 2/13/202 2 1:51:19 PM(UTC -5) | |

Status: Read
Platform:

2/13/2022 1:51:18 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26C669 (Table: message, handle, chat, Size: 4378624
bytes)



From ▪▪▪ _$!<Other>!$_ (owner)
To: + ▪▪▪▪▪ monie
To: + ▪▪▪▪▪ (owner)

Alr

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| + ▪▪▪▪▪ | Monie | 2/13/2022 1:51:23 PM(UTC-5) | | |
| + ▪▪▪▪▪ | | | | |

Status: Sent
Platform:

2/13/2022 1:51:23 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms db : 0x26C488 (Table: message, chat, handle, Size: 4378624
bytes)

From ▪▪▪ _$!<Other>!$_ (owner)
To: + ▪▪▪▪▪ wner)
To: + ▪▪▪▪▪ Monie

Ready

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| + ▪▪▪▪▪ | | | | |
| + ▪▪▪▪▪ | Monie | 2/13/2022 2:02:56 PM(UTC-5) | 2/13/202 2 2:04:58 PM(UTC -5) | |

Status: Sent
Platform:

2/13/2022 2:02:54 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms db : 0x26C270 (Table: message, chat, handle, Size: 4378624
bytes)



From:_+                Monie
To: +              (owner)
To: +              _$!<Other>!$_ (owner)

Send yo location

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +            | | | |
| +            | | | |
| _$!<Other>!$_ | | 2/13/2022 2:05:54 PM(UTC-5) | |

Status: Read

Platform:

2/13/2022 2:05:04 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26DF83 (Table: message, handle, chat, Size: 4378624 bytes)



From_           _$!<Other>!$_ (owner)
To: +           (owner)
To: +            Monie

           Cedargrove st

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +            Monie | 2/13/2022 2:06:12 PM(UTC-5) | 2/13/2022 2:09:19 PM(UTC-5) | |

Status: Sent

Platform:

2/13/2022 2:06:11 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26DD80 (Table: message, chat, handle, Size: 4378624 bytes)



From: ▮▮▮▮ Monie
To: +▮▮▮▮ _$!<Other>!$_ (owner)
To: +▮▮▮▮ (owner)

Air gimme 20 mins stay next to yo phone

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| _$!<Other>!$_ | | 2/13/202 2 2:09:38 PM(UTC -5) | |
| +▮▮▮▮ | | | |

**Status:** Read
**Platform:**

2/13/2022 2:09:37 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26D791 (Table: message, handle, chat, Size: 4378624 bytes)



From: ▮▮▮▮ _$!<Other>!$_ (owner)
To: +▮▮▮▮ Monie
To: +▮▮▮▮ (owner)

Air

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮▮ Monie | 2/13/2022 2:11:14 PM(UTC-5) | | |
| +▮▮▮▮ | | | |

**Status:** Sent
**Platform:**

2/13/2022 2:11:14 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26D568 (Table: message, chat, handle, Size: 4378624 bytes)

From: ▮▮▮▮ _$!<Other>!$_ (owner)
To: +▮▮▮▮ wner)
To: +▮▮▮▮ Monie

Wassup?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮▮ | | | |
| +▮▮▮▮ Monie | 2/13/2022 2:34:15 PM(UTC-5) | 2/13/202 2 2:35:01 PM(UTC -5) | |

**Status:** Sent
**Platform:**

2/13/2022 2:34:14 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26D350 (Table: message, chat, handle, Size: 4378624 bytes)



From: ▮ Monie
To: ▮ (owner)
To: ▮ _$!<Other>!$_ (owner)

**Gimme like 15 mins**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ _$!<Other>!$_ | | 2/13/2022 2:35:06 PM(UTC-5) | |

Status: Read

Platform:

2/13/2022 2:35:06 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26EF83 (Table: message, handle, chat, Size: 4378624 bytes)



From: ▮ Monie
To: ▮ _$!<Other>!$_ (owner)
To: ▮ (owner)

**U ready I'm about to be on my way**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ _$!<Other>!$_ | | 2/13/2022 2:43:45 PM(UTC-5) | |
| ▮ | | | |

Status: Read

Platform:

2/13/2022 2:41:27 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26ED7A (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26EB4F (Table: message, handle, chat, Size:
4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26E96C (Table: message, chat, handle, Size:
4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26E754 (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26E569 (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26E36C (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms db : 0x26FF8D (Table: message, chat, handle, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms db : 0x26FD5B (Table: message, chat, handle, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26FB1B (Table: message, handle, chat, Size:
4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26F932 (Table: message, handle, chat, Size: 4378624
bytes)



From: _$!<Other>!$_ (owner)
To: Monie
To: (owner)

Air
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Monie | 2/13/2022 3:01:54 PM(UTC-5) | 2/13/202 2 3:03:31 PM(UTC -5) | |
| | | | |

Status: Sent
Platform:

2/13/2022 3:01:53 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms db : 0x26F725 (Table: message, chat, handle, Size: 4378624 bytes)



From: Monie
To: (owner)
To: _$!<Other>!$_ (owner)

I'm outside
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/13/202 2 3:04:01 PM(UTC -5) | |

Status: Read
Platform:

2/13/2022 3:03:41 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26F50B (Table: message, handle, chat, Size: 4378624 bytes)

89



From: _$!<Other>!$_ (owner)
To: Monie
To: (owner)

Alr

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Monie | 2/13/2022 3:04:05 PM(UTC-5) | 2/13/202 2 3:04:10 PM(UTC -5) | |
| | | | |

Status: Sent
Platform:

2/13/2022 3:04:04 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26F30E (Table: message, chat, handle, Size: 4378624 bytes)



From: Monie
To: (owner)
To: _$!<Other>!$_ (owner)

Hurry up

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/13/202 2 3:53:16 PM(UTC -5) | |
| _5 | | | |

Status: Read
Platform:

2/13/2022 3:28:37 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x270F83 (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x270D8E (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x270B5F (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x270909 (Table: message, chat, handle, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2706EB (Table: message, handle, chat, Size: 4378624
bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2704EA (Table: message, chat, handle, Size: 4378624
bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2702B6 (Table: message, chat, handle, Size: 4378624
bytes)



From: ▓ Monie
To: ▓ _$!<Other>!$_ (owner)
To: ▓ (owner)

**Send me another number I can call so when the people call me I can let you know**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▓ _$!<Other>!$_ | | 2/15/2022 5:21:01 PM(UTC-5) | |
| + ▓ | | | |

Status: Read
Platform:

2/15/2022 4:02:29 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x271AEC (Table: message, handle, chat, Size: 4378624 bytes)



From: ▓ Monie
To: ▓ (owner)
To: ▓ _$!<Other>!$_ (owner)

**Or I might need you to call them tmr for me if u can bro dis sht urgent I can't even leave the crib fr**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▓ | | | |
| + ▓ _$!<Other>!$_ | | 2/15/2022 7:29:23 PM(UTC-5) | |

Status: Read
Platform:

2/15/2022 7:26:06 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x271608 (Table: message, handle, chat, Size: 4378624 bytes)



From: ▓ _$!<Other>!$_ (owner)
To: ▓ onie
To: ▓ (owner)

**I gotchu**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▓ Monie | 2/15/2022 7:29:31 PM(UTC-5) | 2/16/202 2 6:34:09 PM(UTC -5) | |
| + ▓ | | | |

Status: Sent
Platform:

2/15/2022 7:29:31 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x271354 (Table: message, chat, handle, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x272D80 (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms db : 0x272B8D (Table: message, chat, handle, Size: 4378624 bytes)



From: ▊ Monie
To: + ▊ (owner)
To: + ▊ _$!<Other>!$_ (owner)

**Ft me**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▊ | | | |
| + ▊ _$!<Other>!$_ | | 2/17/2022 1:09:21 PM(UTC-5) | |

Status: Read
Platform:

2/16/2022 7:39:37 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x272967 (Table: message, handle, chat, Size: 4378624 bytes)

From ▊ _$!<Other>!$_ (owner)
To: + ▊ (owner)
To: + ▊ Monie

**Tried**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▊ Monie | 2/17/2022 2:06:41 PM(UTC-5) | 2/17/2022 2:06:56 PM(UTC-5) | |

Status: Sent
Platform:

2/17/2022 1:09:25 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x272213 (Table: message, chat, handle, Size: 4378624 bytes)



From: + ▊ Monie
To: + ▊ wner)
To: + ▊ _$!<Other>!$_ (owner)

**How is u still texting bro ?he said he should be able to work something out tmr**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▊ | | | |
| + ▊ _$!<Other>!$_ | | 2/17/2022 3:38:12 PM(UTC-5) | |

Status: Read
Platform:

2/17/2022 2:20:31 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x273F83 (Table: message, handle, chat, Size: 4378624 bytes)









From: [redacted] Monie
To: + [redacted] (owner)
To: + [redacted] _$!<Other>!$_ (owner)

Can you use another phone to
Call him real quick and tell him yo cousin gave you the number to call

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] | | | |
| + [redacted] _$!<Other>!$_ | | 2/17/2022 4:09:42 PM(UTC-5) | |

Status: Read
Platform:

2/17/2022 3:50:57 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2735E0 (Table: message, handle, chat, Size: 4378624 bytes)



From: [redacted] _$!<Other>!$_ (owner)
To: + [redacted] (owner)
To: + [redacted] Monie

When shyann get back yea

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] | | | |
| + [redacted] Monie | 2/17/2022 4:10:28 PM(UTC-5) | | |

Status: Sent
Platform:

2/17/2022 4:10:27 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x27333C (Table: message, chat, handle, Size: 4378624 bytes)



From: [redacted] _$!<Other>!$_ (owner)
To: + [redacted] onie
To: + [redacted] (owner)

I gotchu

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] Monie | 2/17/2022 4:10:32 PM(UTC-5) | | |
| + [redacted] | | | |

Status: Sent
Platform:

2/17/2022 4:10:32 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x274F8D (Table: message, chat, handle, Size: 4378624 bytes)



From:_           _$!<Other>!$_ (owner)
To: +           (owner)
To: +           Monie

Send me da number

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +           Monie | 2/17/2022 4:10:39 PM(UTC-5) | 2/17/2022 4:10:41 PM(UTC-5) | |

**Status:** Sent
**Platform:**

2/17/2022 4:10:38 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms db : 0x274D6B (Table: message, chat, handle, Size: 4378624 bytes)



From:_           Monie
To: +           (owner)
To: +           _$!<Other>!$_ (owner)

Bet they stop answering at 6

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +           _5 | | 2/17/2022 4:11:23 PM(UTC-5) | |

**Status:** Read
**Platform:**

2/17/2022 4:10:58 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x274B35 (Table: message, handle, chat, Size: 4378624 bytes)

98



From:  _$!<Other>!$_ (owner)
To: ◄ (owner)
To: ◄ Monie

Air

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Monie | 2/17/2022 4:11:28 PM(UTC-5) | 2/17/2022 4:11:31 PM(UTC-5) | |

**Status:** Sent
**Platform:**

2/17/2022 4:11:28 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms db : 0x27491C (Table: message, chat, handle, Size: 4378624 bytes)



From: Monie
To: ◄ (owner)
To: ◄ _$!<Other>!$_ (owner)

**Attachments:**

Title: MG_1391.jpeg
Size: 101779
File name: ~/Library/SMS/Attachments/55/05/70F69321-458C-4B96-A9B1-5B34E5DBE927/IMG_1391.jpeg
~/Library/SMS/Attachments/55/05/70F69321-458C-4B96-A9B1-5B34E5DBE927/IMG_1391.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| _$!<Other>!$_ | | 2/18/2022 6:02:52 PM(UTC-5) | |

**Status:** Read
**Platform:**

2/17/2022 8:24:16 PM(UTC-5)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x274702 (Table: message, handle, attachment, chat, Size: 4378624 bytes)
iPhone/mobile/Library/SMS/Attachments/55/05/70F69321-458C-4B96-A9B1-5B34E5DBE927/IMG_1391.jpeg :



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x274491 (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x274282 (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x275F83 (Table: message, handle, chat, Size: 4378624 bytes)



Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x275D96 (Table: message, handle, chat, Size: 4378624 bytes)