U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record**

OMB No. 1140-0020

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.**

Transferor's/Seller's Transaction Serial Number (if any):

## Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. Glock | G27 | SB | Pistol | 40.5 tw |
| 2. Century Arms | Draco | 21DG-3219 | Pistol | 7.62 |
| 3. | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.): One

7. Check if any part of this transaction is a pawn redemption. Record Line Number(s) From Question 1: ☐

8. Check if this transaction is to facilitate a private party transfer. ☐

### Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| Thomas | Sheldon | Avery |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| [redacted] 10 [redacted] | [redacted] | [redacted] | [redacted] | Wayne |

11. Place of Birth: U.S. City and State: Detroit / MI  -OR- Foreign Country: 
12. Height: Ft. 5 In. 06
13. Weight (lbs.): 120
14. Sex: ☑ Male ☐ Female ☐ Non-Binary
15. Birth Date: Month [redacted] Day [redacted] Year 1995

16. Social Security Number (optional, but will help prevent misidentification): [redacted]

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable):

18.a. Ethnicity: ☐ Hispanic or Latino  ☑ Not Hispanic or Latino

18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.):
☐ American Indian or Alaska Native  ☑ Black or African American  ☐ White  ☐ Asian  ☐ Native Hawaiian or Other Pacific Islander

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A)  ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions:

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| c. | Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☑ |

Previous Editions Are Obsolete
Page 1 of 6
STAPLE IF PAGES BECOME SEPARATED

**GOVERNMENT EXHIBIT 7**

ATF Form 4473 (5300.9)
Revised May 2020

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? | ☐ | ☑ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☑ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☑ |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☑ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

22. Transferee's/Buyer's Signature: [signature]

23. Certification Date: Month 05 Day 29 Year 2022

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

24. Category of firearm(s) to be transferred (check or mark all that apply):
☑ Handgun ☐ Long Gun (rifle or shotgun) ☐ Other Firearm (frame, receiver, etc.)

25. If sale or transfer is at a qualifying gun show or event:
Name of Function: _____
City, State: _____

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)
Issuing Authority and Type of Identification: MI ID
Number on Identification: [redacted]
Expiration Date of Identification (if any): Month __ Day __ Year 25

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):
PCS Base/City and State: _____ | PCS Effective Date: _____ | PCS Order Number (if any): _____

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency:
Month 5 Day 29 Year 22

27.b. The NICS or State transaction number (if provided) was: 102HF5577

27.c. The response initially provided by NICS or the appropriate State agency was:
☐ Proceed
☑ Delayed [The firearm(s) may be transferred on 6-7-22 if State law permits (optional)]
☐ Denied
☐ Cancelled

27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:
☐ ~~Proceed~~ 6-7-22 (date) ☐ Overturned
☐ Denied _____ (date)
☐ Cancelled _____ (date)
☑ No response was provided within 3 business days.

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on: _____ (date) ☐ Proceed ☐ Denied ☐ Cancelled

27.f. Name and Brady identification number of the NICS examiner. (optional)
_____ (name) _____ (number)

27.g. Name of FFL Employee Completing NICS check. (optional)

28. ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

| 29. ☐ | No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS. | | | |
|---|---|---|---|---|
| | Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |

## Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

I certify that all of my responses in Section B of this form are still true, correct, and complete.

| 30. Transferee's/Buyer's Signature | 31. Recertification Date |
|---|---|
| [signature] | Month 06 / Day 07 / Year 22 |

## Section E - Must Be Completed By Transferor/Seller

**32. For Use by Licensee**
313-748-4068

**33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used)**

ACTION IMPACT
14855 E. 8 Mile Rd.
Eastpoint MI, 48021
FFL 4-38-099-01-4b-08335

The Individual Transferring The Firearm(s) Must Complete Questions 34-36.
For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred Month / Day / Year |
|---|---|---|
| [handwritten] | [signature] | 6 / 7 / 2022 |

**REMINDER** - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.



RI-59 (01/01)
Michigan State Police

**TRIGGER LOCK STATUTE**
PA 265 OF 2000, MCL 28.435

The following is taken directly from PA 265 of 2000, MCL 28.435:

Sec. 15. (1) Except as provided in subsection (2), a federally licensed dealer shall not sell a firearm in this state unless the sale includes 1 of the following:

(a) A commercially available trigger lock or other device designed to disable the firearm and prevent the discharge of the firearm

(b) A commercially available gun case or storage container that can be secured to prevent unauthorized access to the firearm

(2) This section does not apply to any of the following:

(a) The sale of a firearm to a police officer or a police agency

(b) The sale of a firearm to a person who presents to the federally licensed dealer 1 of the following:

(i) A trigger lock or other device designed to disable the firearm and prevent the discharge of the firearm together with a copy of the purchase receipt for the federally licensed firearm dealer to keep. A separate trigger lock or device and a separate purchase receipt shall be required for each firearm purchased.

(ii) A gun case or storage container that can be secured to prevent unauthorized access to the firearm together with a copy of the purchase receipt for the federally licensed firearm dealer to keep. A separate gun case or storage container and a separate purchase receipt shall be required for each firearm purchased.

(c) The sale of an antique firearm. As used in this subdivision, "antique firearm" means that term as defined under section 231a of the Michigan penal code, 1931 PA 328, MCL750.231a.

(d) The sale or transfer of a firearm if the seller is not a federally licensed firearms dealer.

(3) A federally licensed firearms dealer shall not sell a firearm in this state unless the firearm is accompanied with, free of charge, a brochure or pamphlet that includes safety information on the use and storage of a firearm in a home environment.

RI-59 (01/01)
Michigan State Police

## TRIGGER LOCK STATEMENT INSTRUCTIONS
PA 265 OF 2000, MCL 28.435

1. Dealer should allow purchaser to review MCL 28.435 (page 3).
2. One signed statement is required for each transaction. Multiple sales of firearms in one transaction require only one form. However, each firearm must be accompanied with a trigger lock or storage container.
3. Dealer indicates method of compliance by checking A or B under #1 OR one of A, B, C, D under #2 on page 1.
4. Dealer indicates number of firearms sold and number of trigger locks and/or other storage containers provided under #1, C, and D on page 1.
5. If the purchaser brings a receipt for a trigger lock or other device mentioned in section 15(2)(b)(i) or section 15(2)(b)(ii), the dealer must attach a copy of the purchase receipt to this form. Each sale of a firearm requires a trigger lock or storage container.
6. It is recommended that a copy of the signed statement (page 1) be attached to ATF form 4473 or be filed individually by date of sale.
7. The signed statement and, if applicable, copies of receipts under section 15(2)(b) or 15(2)(c) must be retained by the federally licensed dealer for six (6) years.
8. Additional copies of this form are available at the Department of State Police website at www.msp.state.mi.us

---

RI-59 (01/01)
Michigan State Police

## TRIGGER LOCK STATEMENT
PA 265 OF 2000, MCL 28.435
(Instructions on Page 2)

1. **This sale included:**
   A. ☐ A trigger lock or other device designed to disable a firearm and prevent the discharge of a firearm.
   OR
   B. ☒ A gun case or storage container that can be secured to prevent unauthorized access to the firearm.
   C. Number of firearms sold: _____
   D. Number of trigger locks and/or secure gun cases provided: _____

2. **This sale is exempt due to:**
   A. ☐ Sale to police officer or police agency.
   B. ☐ A trigger lock or other device designed to disable a firearm and prevent the discharge of a firearm is presented to the dealer upon transfer. (Attach copy of purchase receipt) *A separate trigger lock or other device and a separate receipt are required for each firearm purchased.*
   C. ☐ A gun case or storage container that can be secured to prevent unauthorized access to the firearm is presented to the dealer upon transfer. (Attach copy of purchase receipt) *A separate gun case or storage container and a separate receipt are required for each firearm purchased.*
   D. ☐ Sale of an antique firearm as defined under MCL 750.231a.

By signing this form, the purchaser and federally licensed firearms dealer agrees that this sale is in compliance with P.A. 265 of 2000, subsections (1), (2), (3) listed on page 3.

| PURCHASER | DEALER |
|---|---|
| Printed Name: Shelton Thomas | Printed Name: Action Arms |
| Signature: [signed] | Signature: [signed] |
| Date: 06/01/22 | Date: 6-1-22 |
| | FFL Name: |
| | FFL No.: |

AUTHORITY: PA 265 OF 2000
COMPLIANCE: Voluntary

```
CENTURY ARMS DRACO CENTURY
ARMS DRACO 7.62X39

Serial: 21DG-3219
Status: New
Calib: 7.62X39
Action: Pistol

$1099.99
Log: 24660
```

**ACTION IMPACT EASTPOINTE**

Fee will be applied to all cancelled layaways.

Thank you for shopping with us!

6/7/2022  4:34:45 PM

| | |
|---|---:|
| 1 Qty 787450044357 @1099.99 CENTURY ARMS DRACO S/N: 21DG-3219 | 1099.99 |
| 2 Qty 645611762116 @24.99 WOLF 7.62X39 123GR STEEL 20RD | 49.98 |
| Subtotal | 1149.97 |
| Tax | 69.00 |
| **Total** | **1218.97** |
| Cash | 1220.00 |
| Change | 1.03 |

Loyal Customer: SHELDON THOMAS
Your Cashier Today was Burgess W.
POS 2
Store #2
14855 E Eight Mile Rd
Eastpointe, MI 48021
PHONE: (586) 585-9510

Visit us at: impactrange.com

1 7 9 7 4 3

All returns must be within 30 days of purchase with receipt. No refunds or exchanges on Firearms, Knives, Ammo, Holsters, Optics, Magazines, Lasers, Drum magazines & Gun Safes. A $25.00 restocking

## PISTOL SALES RECORD
AUTHORITY: MCL 28.422a   COMPLIANCE: Required   PENALTY: State Civil Infraction

### PURCHASER INFORMATION

| Field | Value |
|---|---|
| Purchaser Name (Last, First, Middle, Suffix) or Business Name | THOMAS, SHELDON, AVERY |
| Date of Birth | 1995 |
| FFL Number | N/A |
| Race | BLACK |
| Sex | MALE |
| CPL Number (if applicable) | N/A |
| MCOLES Number (if applicable) | N/A |
| Street Address | 10 CADUIEX RD |
| Lot/Suite/Apartment | |
| City | DETROIT |
| County | WAYNE |
| ZIP Code | 48224 |
| Phone Number | |

Purchaser Signature: *[signature]*

### PISTOL INFORMATION

| Field | Value |
|---|---|
| Serial Number | 21DG-3219 |
| Manufacturer | CENTURY ARMS |
| Model | DRACO |
| Caliber | 7.62X39MM |
| Type | Semi-Auto |
| Shot | 30 |
| Barrel Length | 10.5" |
| Overall Length | 18" |
| Additional Notes | N/A |

### SELLER INFORMATION

| Field | Value |
|---|---|
| Seller Name or Business Name (if FFL Dealer) | ACTION IMPACT 14855 E 8 MILE RD EASTPOINTE MI 48021 |
| Purchase/Transfer Date | 06/07/2022 |
| Seller FFL Number (if applicable) Last 9 Digits | 4-38-099-01-4B-08335 |
| NICS Transaction Number | 102HF5S77 |

Seller Copy

RI-060 (07/2020) Michigan State Police

