# EASTPOINTE PD
16083 E NINE MILE
EASTPOINTE MI 48021
586 445-5100



## Case Report

| Administrative Details: ||
|---|---|
| **CR No** | **Subject** |
|  | 5311 - Disorderly Conduct [53001] |
| **Report Date/Time** | **Occurrence Date/Time** |
| 05/30/2022 17:54 | 05/30/2022 17:54 |
| **Location** | **Call Source** |
| NEVADA AVE | 911 |
| **Dispatched Offense** | **Verified Offense** |
| C3310 Family Trouble | 5311 Disorderly Conduct |
| **County** | **City/Twp/Village** |
| 50 - Macomb | 80 - East Detroit |
| **Division** |  |
| Patrol |  |

| Action Requested: ||
|---|---|
| [ ] Arrest warrant | [ ] Review only |
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |

**GOVERNMENT EXHIBIT 8**

## Offenses:

### 5311 - Disorderly Conduct   [EAKARPUKS (0020)]

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| 90C - Disorderly Conduct / B | 53001 - DISORDERLY CONDUCT | |
| **Crime Against** | **Location Type** | **Offense Completed** |
| SO | 13 - Highway/Road/Alley/Sidewalk | Completed |
| **Domestic Violence** | **Hate/Bias** | |
| No | 00 - None (No Bias) | |
| **Using** | | **Cargo Theft** |
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No | | |

## People:

### DAVIS, EHMANI MACK (A-ARRESTEE)   [EAKARPUKS (0020)]

| Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| DAVIS | EHMANI | MACK | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | [redacted] | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| [redacted]/2002 (19) | M | BLACK/AFRICAN AMERICAN | Unknown | MI | US | US |

| Eye Color | Hair Color | Hair Style | Hair Length | Facial Hair |
|---|---|---|---|---|
| Brown | Black | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| Light | Thin | | 6' 1" | 145 | |

| CTN | TCN | PCN | SID/State | Criminal History Name |
|---|---|---|---|---|
| | [redacted] | | | |

| Held For | Finger Prints | Photos | Miranda Read | Miranda Waived | Number of Warrants | FBI# |
|---|---|---|---|---|---|---|
| | No | Yes | No | No | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| [redacted] NEVADA | | | | 0000000000 | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| EASTPOINTE | MI | 48021 | 0000000000 | |

| SSN | MDOC/PRN# | Veteran | | |
|---|---|---|---|---|
| 000000000 | | | | |

| Alerts | On Probation/Parole | Habitual Offender Status |
|---|---|---|
| | Yes | |

### Arrest Information

| Offenses | Details | |
|---|---|---|
| 5311 - Disorderly Conduct | Arrest Date/Time: | 05/30/2022 18:15 |
| | Location: | [redacted] NEVADA |
| | Arrest#: | % |
| | Arrest Type: | Onview |
| | OWI Arrest/BAC: | |
| | Offense Type: | Misd. |
| | Count: | |
| | Arresting Officer 1: | EAKARPUKS (KARPUK, STEFAN 0020) |

| MultiClearance | MultiClearance Offense | Armed With |
|---|---|---|
| N - Not Applicable | | 01 - Unarmed |

| Date/Time Booked | Booked Location |
|---|---|
| 05/30/2022 00:00 | EASTPOINTE POLICE DEPT |

### [redacted] (W-WITNESS)   [EAKARPUKS (0020)]

| PE | W.Type | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | RG | [redacted] | [redacted] | [redacted] | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | [redacted] | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| ▮/2000 (21) | M | UNKNOWN | | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| | | | 5' 10" | 150 | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| ▮ | | | | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| ▮ | MI | ▮ | ▮ | |

**▮ (O-OTHER) (R-REPORTED BY) [EAKARPUKS (0020)]**

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | ▮ | ▮ | ▮ | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | ▮ | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| ▮1975 (46) | F | WHITE | Unknown | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| | | | 5' 3" | 130 | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| ▮ | | | | ▮ | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| ▮ | MI | ▮ | ▮ | |

**Narrative:**

CR No: 220011065-001   Written By: EAKARPUKS (0020)   Date: 05/30/2022 07:31 PM

On Monday 5/30/2022 at approximately 5:55PM the writer, Officer Karpuk was dispatched to ▮ Nevada with other officers on a family trouble.

I arrived and found arrestee Ehmani Davis on the property arguing with his mother ▮ ▮ I tried speaking to Davis, to no avail. Davis was loud and yelling and upset about his mother collecting his belongings so he could leave. Davis paced up and down the driveway; ▮ spoke with other officers on scene. I continued to try to establish a rapport with Davis, he loudly declined stating I did not need his name, he would not talk to me and I'd better not touch him. Davis remained on the property while doing so.

During Davis' tirade, a male witness later identified as ▮ arrived by car and parked to the south of the residence. Ehmani Davis left his property onto the public sidewalk and began shouting obscenities at ▮ ▮ including, "Why yo' bitch ass still in the car?" During this outburst, there was a citizen on the sidewalk south of this location with his attention drawn to Ehmani Davis and another across the street, to the southeast, also on the sidewalk, then walking onto the street while watching this activity. Ehmani Davis was sent back towards me by the other officers, who placed themselves between Ehmani and ▮ (I do not know the relationship between the two, as of this writing.) Ehmani continued to shout and walk away from me; I took him by the shoulders and explained we were here to help him and that he was disturbing the

people on the block.  Ehmani did not relent or lower his voice, and in front of the aforementioned citizens, on the public sidewalk, shouted, I don't give a Fuck, I'll kill that Bitch Ass Nigga!"  I arrested Ehmani David, handcuffed him (tension checked and double locked) and secured him in my patrol vehicle.  I asked my partners on scene to collect the witness information from the onlookers and as of this writing, only have the information for ▮▮▮▮ ▮▮▮▮ available.

Ehmani Davis was transported to the station, searched, and booked.  Davis' property was collected and inventoried and stored in Property Locker 4.  Davis was lodged in the bullpen pending a court appearance.

| CR No: 220011065-002 | Written By: EABEASLEYH (0021) | ATTACHMENT ONLY REPORT - No Narrative |
|---|---|---|
| | | |

| CR No: 220011065-003 | Written By: EABEASLEYH (0021) | ATTACHMENT ONLY REPORT - No Narrative |
|---|---|---|
| | | |

# CITY OF EASTPOINTE POLICE DEPARTMENT
## BOND RECEIPT

RECEIVED FROM: ███████████████

The sum of $ 500.00 on date of 06/01/22

AS: SURETY ___ INTERIM ✓ COURT ___ PERSONAL ___ FINE ___

To assure the appearance of Ehmani Davis

Before the Honorable Presiding Judge

Judge of 38th District Court Eastpointe , Mich.

Court Location: 16101 E. 9 mile rd Eastpointe

On Date of 06/02/22 Time: 1:00pm

On Charge of Disorderly

Warrant # 22-11065 File 53001 Case ___

File ___ Case ___

If bond is collected for another agency, forward to:

Agency: ___

Address: ___, Mich.

---

**NOTICE:** In the event of the failure of the accused to appear at the time and place above-named and submit to the jurisdiction of the said Court and stand to and abide by any order of the said Court, the above-named sum shall be forfeited to the State or the arresting political subdivision, and by paying said money and accepting this receipt hereof, waives any and all claims thereon following such forfeiture. I understand that the Court will retain ten percent (10%) of the amount posted for accounting costs.

Suretie's Signature: ███████████████

Address: ███████████████

Released at: 2325 AM/PM Date: 6/1/2022

Officer: LT. G/Mado #423

N⁰ 44324