

## Extraction Report - Cellebrite Reports



### Participants

 

 

### Conversation - Instant Messages (4)



From: +
To: + (owner)

**Aye Sheldon this lil bro that you gone get the heaters for**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + | | 1/26/2022 3:26:33 PM(UTC-5) | |

Status: Read
Platform:

1/26/2022 1:13:08 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x25A565 (Table: message, handle, chat, Size: 4378624 bytes)



From: +
To: + (owner)

**Aye big bro I thought you said to call you anytime after 12**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + | | 1/26/2022 3:26:33 PM(UTC-5) | |

Status: Read
Platform:

1/26/2022 3:03:11 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x25A32C (Table: message, handle, chat, Size: 4378624 bytes)

GOVERNMENT EXHIBIT
10



