



**Extraction Report** - Cellebrite Reports

## Participants

+ ▓▓▓▓▓▓▓

S▓▓▓▓▓▓▓▓

## Conversation - Instant Messages (10)



From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
To: +▓▓▓▓▓▓▓ (owner)
To: +▓▓▓▓▓▓▓ (owner)

**Bae**
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓▓▓▓▓▓▓ | | 5/25/2022 7:54:52 AM(UTC-4) | |
| +▓▓▓▓▓▓▓ | | | |

Status: Read
Platform:

5/25/2022 7:30:49 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x293D3D (Table: message, handle, chat, Size: 4378624 bytes)



GOVERNMENT EXHIBIT 11











**From:**
**To:** + (owner)
**To:** + (owner)

Duh

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + | | 5/25/2022 8:07:43 AM(UTC-4) | |
| + | | | |

**Status:** Read
**Platform:**

5/25/2022 8:07:22 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2949FE (Table: message, handle, chat, Size: 4378624 bytes)

**From:**
**To:** + (owner)
**To:** + (owner)

But he not answering ♀

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + | | 5/25/2022 8:07:43 AM(UTC-4) | |
| + | | | |

**Status:** Read
**Platform:**

5/25/2022 8:07:40 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x294815 (Table: message, handle, chat, Size: 4378624 bytes)



