# Detroit Free Press

DETROIT

# Detroit resident witnessed fatal police officer shooting. It still haunts her



**Eve Sampson**
Detroit Free Press

Published 6:01 a.m. ET Aug. 1, 2022 | Updated 8:39 a.m. ET Aug. 1, 2022

On a weekday afternoon, the only sounds that permeate quiet Marlowe Street are birds chirping and the dull roar of cars traveling down Joy Road on Detroit's west side.

Save for a small shrine at the intersection, there is no indication that weeks ago, a gunman brutally killed a police officer in broad daylight.

The tragic event shattered the relative peace of the neighborhood. According to neighbors, the block has not been the same.

On July 6, Detroit Police Officer Loren Courts and his partner, Amanda Hudgens, were responding to a call about shots fired in the neighborhood when the gunman, later identified as Ehmani Davis, 19, ambushed the patrol car, fatally shooting Courts in the neck.

Shawna Lancaster, who lives a few houses down from the scene, witnessed the shooting. The image of Hudgens throwing her body over Courts haunts her. She started creating T-shirts, magnets, and candles from her small home workshop in memory of Courts. "I had to keep myself busy, I couldn't sleep," she said through tears, "I just kept hearing Amanda (Hudgens) scream."

Before the incident, Lancaster said the street was filled with kids playing. In fact, she used to hand out Popsicles, just like the grown-ups did on her childhood block. But after the shooting, neighbors moved their children's basketball hoops to the backyard. "You might catch a kid playing outside for a second now," she said, "but not much anymore."

While Lancaster is now afraid to sit on her front porch, she also fears for the grandchildren who frequent her house. Recently, she was walking down her front sidewalk with her toddling grandchild when she heard fireworks. Thinking it was another shooting, a terrified

**GOVERNMENT EXHIBIT 12**

Lancaster grabbed the child and sprinted inside. "I ordered a swingset for the backyard," she said shaking her head, "we can't play in the front anymore."

Other neighbors agreed with Lancaster about the changes on the once-serene block.

Charles Willoughby, 21, who lives near Lancaster, also noticed fewer children playing outside. Willoughby didn't expect such violence so close to his quiet home. "I was actually really surprised about it," he said, "it caught me off guard."

Grandparents Frank Wells, 73, and Patricia Wells, 70, also never believed something like this could happen on their street. While Frank Wells watered perfectly succulent pink flowers in the couple's manicured front yard, his wife, Patricia, somberly told the Free Press, "you could hear (Amanda Hudgens') scream all the way down here."

**More:** Detroit Police Officer Loren Courts fatally shot in the line of duty

**More:** Slain officer Loren Courts' son gifted car by Detroit Police Department

The couple said their grandchildren visit all of the time. The situation reminded Patricia Wells of her own son-in-law and granddaughter. "I didn't even know the man," she said of Courts, "but it makes me so sad to think his daughter will grow up without him."

According to preliminary statistics reported by Detroit Police, overall homicides of all methods and nonfatal shootings are down. By July 27, 2022, Detroit had seen 168 homicides compared with 185 by that day the previous year. Similar data showed a 17% decrease in nonfatal shootings, which totaled 514 this year compared with 622 at the same time last year.

Despite feeling what Lancaster describes as "shellshocked," she won't be leaving the block anytime soon.

"I thought about moving but then it made me mad," she said, "Mad enough to want to stay and fight the violence."